# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| SERGIO R.V.-P., | Case No. 26-CV-2361 (NEB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING |
| | REPORT AND RECOMMENDATION |
| MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, Minneapolis - St. Paul Field Office, Immigration and Customs Enforcement, and RYAN SHEA, Sheriff of Freeborn County, Minnesota, | |
| Respondents. | |

The Court has received the May 29, 2026 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 9.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.  The Report and Recommendation (ECF No. 9) is ACCEPTED;

2.  The Petition for Writ of Habeas Corpus (ECF No. 2) is GRANTED insofar as:

a.  Petitioner's current detention is declared unlawful under the Constitution and laws of the United States;

b.  Respondents are ordered to immediately release Petitioner from custody in Minnesota and, in any case no later than 11:00 a.m. Central Time on the day following this Order;

c.  Respondents are ordered to coordinate Petitioner's release with Petitioner's counsel;

d.  Respondents are ordered to release Petitioner with all personal documents and belongings, such as his driver's license, employment authorization, passport, other immigration documents, cell phone, and coat and other outerwear, and without any conditions of release, such as ankle monitors or tracking devices, where Respondents' inability to immediately comply with this requirement shall not be a basis for delaying Petitioner's release; and

e.  Respondents are required within 72 hours after issuance of this Order to provide the Court with a status update confirming Petitioner's release and other compliance with the Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 15, 2026                          BY THE COURT:
Time: 9:07 a.m.

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge

2